PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. Najar Singh                                    Docket No. 08-00676-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW **Wendy H. Lonsdorf** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Najar Singh**, who was placed under pretrial release supervision by the **Honorable Tonianne Bongiovanni** sitting in the Court at Trenton, New Jersey, on September 22, 2008, under the following conditions:

1. $50,000 unsecured appearance bond co-signed by Mainder Kaur and Avtar Singh;
2. Reporting to Pretrial Services; and
3. Travel restricted to New Jersey unless approved in advance by Pretrial Services.

The defendant appeared before the Honorable Freda L. Wolfson for an arraignment on September 26, 2008 and bail was continued.

Respectfully presenting petition for action of Court and for cause as follows:

**[SEE ATTACHED ADDENDUM]**

PRAYING THAT THE COURT WILL ORDER **that a warrant be issued.**

ORDER OF COURT

Considered and ordered this 23rd day of October, 2008 and ordered filed and made a part of the records in the above case.

_____
Honorable Freda L. Wolfson
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _10-23-08_

_____
Wendy H. Lonsdorf
U.S. Pretrial Services Officer